NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEW HAMPSHIRE BALL BEARINGS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES AND
UNITED STATES CUSTOMS AND BORDER
PROTECTION,**
*Defendants-Appellees,*

AND

**UNITED STATES INTERNATIONAL TRADE
COMMISSION,**
*Defendant-Appellee,*

AND

**THE TIMKEN COMPANY AND MPB
CORPORATION,**
*Defendants-Appellees.*

---

2012-1246

---

Appeal from the United States Court of International Trade in case no. 08-00398, Judge Gregory W. Carman.

---

**ON MOTION**

---

## ORDER

The United States and the United States Customs and Border Protection move without opposition for a 7-day extension of time, until April 16, 2012, to respond to New Hampshire Ball Bearings, Inc.'s motion to stay this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The United States and the United States Customs and Border Protection's response to New Hampshire Ball Bearings, Inc.'s motion to stay this appeal is due no later than April 16, 2012.

FOR THE COURT

**APR 1 2 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Terence P. Stewart, Esq.
Patrick V. Gallagher, Esq.
Frank H. Morgan, Esq.
Courtney S. McNamara, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 2 2012

JAN HORBALY
CLERK